

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2014

No. 04-13-00619-CV

**IN THE INTEREST OF T.K.D-H.**, A Child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-EM5-00646
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

    The Appellee's Second Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on April 18, 2014.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court